# JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDLES FILMS, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> QUANTUM RELEASING, LLC, a Nevada limited liability company, MOVIEBANK, LLC, a Florida limited liability company, ECHO BRIDGE ENTERTAINMENT, LLC, a Delaware limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. | NO. CV 10-03909 SJO (SSx) <br><br> **JUDGMENT** |

This cause came on regularly for trial on May 10, 2011. Plaintiff RANDLES FILMS, LLC appeared by its attorney Oren Bitan. Defendant QUANTUM RELEASING, LLC, appeared by its attorney Donald Barton. Defendant ECHO BRIDGE ENTERTAINMENT, LLC, appeared by its attorney Vincent Ravine.

The Court, having heard the testimony and considered the evidence, hereby enters its final judgment as follows.

1     IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

2     On Plaintiff RANDLES FILMS, LLC's claim for copyright infringement, judgment is entered in favor of Plaintiff RANDLES FILMS, LLC, and against Defendants QUANTUM RELEASING, LLC, and ECHO BRIDGE ENTERTAINMENT, LLC.

    Defendants QUANTUM RELEASING, LLC, and ECHO BRIDGE ENTERTAINMENT, LLC, are jointly and severally liable for Plaintiff RANDLES FILMS, LLC's actual damages in the amount of $350,000.00.

    Plaintiff RANDLES FILMS, LLC, is the prevailing party and shall have fifteen days from the date of entry of this Judgment to file: (1) a motion for attorneys' fees pursuant to Local Rule 54; and (2) a Notice of Application to the Clerk to Tax Costs pursuant to Local Rule 54.

    IT IS SO ADJUDGED.

Dated: December 2, 2011.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE